DAVID I. STEPACOFF, EXECUTOR OF THE LAST WILL AND TESTAMENT OF DAVID FEIBUSH, DECEASED, PLAINTIFF-PETITIONER, v. HARRY FEIBUSH, AS GUARDIAN AD LITEM OF MARTIN FEIBUSH, ET AL., DEFENDANT-RESPONDENT.

*Mr. David I. Stepacoff, pro se.*

*Mr. William H. Campbell, Jr.,* and *Miss Elsie Rand* for the defendant.

December 4, 1950. Denied.